**NJID 821116**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for LOANCARE, LLC, AS SERVICER FOR CIT BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| LINCOLN WHITE D/B/A FIRST CLASS AUTO REPAIR A/K/A LINCOLN B WHITE | : CASE NO. 18-19773-CMG |
| DORIS WHITE A/K/A DORIS M WHITE | **: NOTICE OF MOTION FOR** |
| | **: RELIEF FROM AUTOMATIC** |
| | **: STAY PURSUANT TO 11 USC** |
| | **: SECTION 362(d)** |
| Debtors | |

LINCOLN WHITE D/B/A FIRST CLASS
AUTO REPAIR A/K/A LINCOLN B
WHITE
116 HONEYSUCKLE DRIVE
TRENTON, NJ 08638

KEVIN C. FAYETTE, Esquire
1675 WHITEHORSE MERCERVILLE
ROAD
SUITE 204
HAMILTON, NJ 08619

DORIS WHITE A/K/A DORIS M
WHITE
116 HONEYSUCKLE DRIVE
TRENTON, NJ 08638

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

LINCOLN WHITE D/B/A FIRST
CLASS AUTO REPAIR A/K/A
LINCOLN B WHITE
116 HONEYSUCKLE DRIVE
EWING TOWNSHIP, NJ 08638

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

DORIS WHITE A/K/A DORIS M
WHITE
116 HONEYSUCKLE DRIVE
EWING TOWNSHIP, NJ 08638

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

LOANCARE, LLC, AS SERVICER FOR CIT BANK, N.A. (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the automatic stay against the property commonly known as 116 HONEYSUCKLE DRIVE, EWING TOWNSHIP, NJ 08638.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Movant relief from the automatic stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before 05/08/2019 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| <u>/s/ Nicholas V. Rogers</u><br>Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 42689<br>Fax: 856-813-5501<br>Email: nicholas.rogers@phelanhallinan.com | ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853<br><br>U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 |

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 05/15/2019 at 09:00 AM at the United States Bankruptcy Courthouse, 402 East State Street, Courtroom #3, Trenton, New Jersey 08608, before the Honorable CHRISTINE M. GRAVELLE, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: April 1, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com