UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

810242
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for SANTANDER BANK, N.A.

In Re:

LINCOLN WHITE D/B/A FIRST CLASS AUTO REPAIR
DORIS WHITE

Case No: 18-19773 - CMG

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Andrew Spivack, Esquire will be substituted for as attorney of record for secured creditor SANTANDER BANK, N.A. in this case.[1]

Date: 12/30/2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Withdrawing Attorney

Date: 12/30/2019

/s/ Andrew L. Spivack
Andrew L. Spivack, Esq.
Superseding Attorney
Phelan Hallinan & Diamond, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email:
andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

810242
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for SANTANDER BANK, N.A.

In Re:

LINCOLN WHITE D/B/A FIRST CLASS AUTO REPAIR
DORIS WHITE

Case No: 18-19773 - CMG

Hearing Date: _____

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Joseph J. Parisi:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents SANTANDER BANK, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 30, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 30, 2019        /s/ *Joseph J. Parisi*
                                    Joseph J. Parisi

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lincoln White D/B/A First Class Auto Repair 116 Honeysuckle Drive Trenton, NJ 08638 | Debtor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |
| Doris White 116 Honeysuckle Drive Trenton, NJ 08638 | Debtor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |
| Kevin Fayette, Esquire 1675 Whitehorse Mercerville Rd Suite 204 Hamilton, NJ 08619 | Debtor's Attorney | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |
| Albert Russo, Trustee Cn4853 Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered ☐ Regular Mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court *) |

2

3

| | | |
|---|---|---|
| u.s. Trustee<br>us dept of justice<br>office of the us trustee<br>one Newark center ste 2100<br>newark, NJ 07102 | Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

3