UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

829452
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for SANTANDER BANK, N.A.

In Re:

Lincoln White D/b/a First Class Auto Repair
Doris White

Case No: 18-19773 - CMG

Hearing Date: November 6, 2019

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Brandon Johnson:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents SANTANDER BANK, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On January 17, 2020 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Order Resolving Motion to Vacate Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 17, 2020            /s/ *Brandon Johnson*
                                       Brandon Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| First Class Auto Repair<br>729 Spruce Street, Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Doris White<br>729 Spruce Street, Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Kevin Fayette, Esquire<br>1675 Whitehorse Mercerville Rd<br>Suite 204<br>Hamilton, NJ 08619 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Cn4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.