Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 18-19773 / CMG**

Lincoln White  
Doris White

Petition Filed Date: 05/14/2018  
341 Hearing Date: 06/14/2018  
Confirmation Date: 09/19/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $900.00 | 55238130 | 02/05/2019 | $900.00 | 55934390 | 03/06/2019 | $900.00 | 56663640 |
| 04/03/2019 | $900.00 | 57575860 | 05/06/2019 | $900.00 | 58320410 | 05/30/2019 | $900.00 | 58956100 |
| 06/27/2019 | $900.00 | 59681790 | 08/05/2019 | $900.00 | 60715580 | 09/09/2019 | $900.00 | 61545490 |
| 10/02/2019 | $900.00 | 62208080 | 11/12/2019 | $900.00 | 63180980 | 12/06/2019 | $900.00 | 63872980 |

**Total Receipts for the Period: $10,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lincoln White | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin Fayette, Esq<br>»»  ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | WELLS FARGO OPERATIONS CENTER<br>»»  NP/729 SPRUCE ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $10,043.63 | $0.00 | $10,043.63 |
| 3 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $13,586.50 | $0.00 | $13,586.50 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $1,968.19 | $0.00 | $1,968.19 |
| 5 | SANTANDER BANK, NA<br>»»  NP/729 SPRUCE ST/1ST MTG/ORDER 11/7/2018 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | CIT BANK, N.A.<br>»»  P/116 HONEYSUCKLE DR/1ST MTG/CONS ORD 2/7/19 | Mortgage Arrears<br>Hold Funds: Notice of Reserve | $60,656.70 | $10,118.00 | $50,538.70 |
| 7 | Loan Care<br>»»  P/116 HONEYSUCKLE DR/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-19773 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,900.00 | Plan Balance: | $51,274.00 ** |
| Paid to Claims: | $12,618.00 | Current Monthly Payment: | $900.00 |
| Paid to Trustee: | $1,206.00 | Arrearages: | $0.00 |
| Funds on Hand: | $5,076.00 | Total Plan Base: | $70,174.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.