| | |
|---|---|
| IN RE:<br>Lincoln and Doris White<br><br>Debtor(s) | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Case No.:** 18-19773<br>**Hearing Date:**<br>**Judge:** CMG |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], Lincoln and Doris White am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on 7/31/2020.

1) The Chapter 13 plan was originally confirmed by order entered on 10/2/2018.

2) I was current with plan payments through 7/1/2020.

3) I was current with post-petition mortgage payments through 7/1/2020 on property located at 116 Honeysuckle Drive, Trenton, NJ 08638 and 729 Spruce Street, Trenton, NJ 08638.

[If not applicable, skip] [if more than 1 property add additional lines]

   a) The mortgage payments referred to above are ✔ contractual payments ☐ adequate protection payments. [Check one]

   b) I am current with post-petition real estate taxes on the property located at
   
   116 Honeysuckle Drive, Trenton, NJ 08638 and 729 Spruce Street, Trenton, NJ 08638.

   ◉ YES ◯ NO

   c) I have current liability insurance on the property and can provide proof thereof.

   ◉ YES ◯ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

   a) I am current with post-petition real estate taxes on the property located at
   
   116 Honeysuckle Drive, Trenton, NJ 08638.

   ◉ YES ◯ NO

   b) I have current liability insurance on the property and can provide proof thereof.

   ◉ YES ◯ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s). [If not applicable, skip]
N/A

6) The change in my household income previously reported on Schedule I is $ 5,437.04 . My current household income is $ 5,007.47 . I have attached a current paystubs or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ 4,028.01 .

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

My business income has decreased by way of the COVID-19 Pandemic. My wife and I have lowered our expenses to try and maintain this case. My wife and I are current on our Trustee payments through July, 2020. With the additional 2 years, we can complete our case.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 7/31/2020      /s/ Lincoln White
                                              Debtor Signature

Dated: 7/31/202      /s/ Doris White
                                              Debtor Signature