Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19773−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lincoln White
dba First Class Auto Repair
116 Honeysuckle Drive
Trenton, NJ 08638

Doris White
116 Honeysuckle Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−0422                                                xxx−xx−3387

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Kevin Fayette on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on August 20, 2020.

Loancare


Dated: August 21, 2020
JAN: mrg

Jeanne Naughton
Clerk