Form 226 – 3004claimntc.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19773−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lincoln White
dba First Class Auto Repair
116 Honeysuckle Drive
Trenton, NJ 08638

Doris White
116 Honeysuckle Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−0422                              xxx−xx−3387

Employer's Tax I.D. No.:

**Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004**

    Please be advised that Kevin Fayette on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on August 20, 2020.

Loancare

Dated: August 21, 2020
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-19773-CMG
Lincoln White                                                   Chapter 13
Doris White
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 21, 2020
                              Form ID: 226             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
```
db/jdb         +Lincoln White,   Doris White,   116 Honeysuckle Drive,   Trenton, NJ 08638-1841
517528977      +Loan Care,   PO Box 8068,   Virginia Beach, VA 23450-8068
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2020 00:56:29     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,  One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
                                                                                             TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Loan Care, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CIT BANK, N.A. nj.bkecf@fedphe.com
              Brian E Caine    on behalf of Creditor    CIT Bank, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Craig Scott Keiser    on behalf of Creditor    SANTANDER BANK, N.A. craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Tiki Series IV Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Joint Debtor Doris  White kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Debtor Lincoln  White kfayette@kevinfayette.com
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC, AS SERVICER FOR CIT BANK, N.A.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DOVENMUEHLE MORTGAGE, INC. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    CIT BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 17
```