| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Office of Kevin Fayette, LLC<br>1675 Whitehorse - Mercerville Road<br>Hamilton, New Jersey 08016<br>(609) 584-0600<br><br>In Re:<br>       **Lincoln & Doris White** | Order Filed on October 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. **18-19773**<br><br>Hearing Date: **10/21/2020**<br><br>Judge: **CMG** |

### ORDER GRANTING TO AUTHORIZE THE ACCEPTANCE OF A LATE FILED PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 21, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 18-19773 (CMG)
Order Granting to Authorize the Acceptance of a Late Filed Proof Of Claim
Page 2

This Matter having come before the Court by Lincoln & Doris White, by and through their attorney, Kevin Fayette, Esquire, and for good cause, it is hereby:

ORDERED THAT: The Late Proof of Claim (claim #7) Filed on Behalf of Loancare for the 2nd Mortgage of Lincoln and Doris White be Accepted by the Standing Chapter 13 Trustee.