UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse - Mercerville Road
Hamilton, New Jersey 08016
(609) 584-0600

In Re:
    **Lincoln & Doris White**

Order Filed on October 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. **18-19773**

Hearing Date: **10/21/2020**

Judge: **CMG**

## ORDER GRANTING TO AUTHORIZE THE ACCEPTANCE OF A LATE FILED PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED.**

**DATED: October 21, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 18-19773 (CMG)
Order Granting to Authorize the Acceptance of a Late Filed Proof Of Claim
Page 2

---

This Matter having come before the Court by Lincoln & Doris White, by and through their attorney, Kevin Fayette, Esquire, and for good cause, it is hereby:

ORDERED THAT: The Late Proof of Claim (claim #7) Filed on Behalf of Loancare for the 2nd Mortgage of Lincoln and Doris White be Accepted by the Standing Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19773-CMG |
| Lincoln White | Chapter 13 |
| Doris White | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

**Recip ID    Recipient Name and Address**
db/jdb    + Lincoln White, Doris White, 116 Honeysuckle Drive, Trenton, NJ 08638-1841

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb    *+    Doris White, 116 Honeysuckle Drive, Trenton, NJ 08638-1841

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

**Name    Email Address**

Albert Russo
     docs@russotrustee.com

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew L. Spivack
     on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com

Andrew L. Spivack
     on behalf of Creditor Loan Care  LLC andrew.spivack@brockandscott.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Andrew L. Spivack
    on behalf of Creditor CIT BANK  N.A. andrew.spivack@brockandscott.com

Brian E Caine
    on behalf of Creditor CIT Bank  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Craig Scott Keiser
    on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov

Denise E. Carlon
    on behalf of Creditor Tiki Series IV Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin C. Fayette
    on behalf of Joint Debtor Doris White kfayette@kevinfayette.com

Kevin C. Fayette
    on behalf of Debtor Lincoln White kfayette@kevinfayette.com

Kevin Gordon McDonald
    on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicholas V. Rogers
    on behalf of Creditor DOVENMUEHLE MORTGAGE  INC. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE  LLC, AS SERVICER FOR CIT BANK, N.A. nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor CIT BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17