Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

..............District Of BYk `>YfgYm

In re  Lincoln White & Doris White ,    Case No. 18-19773

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          10/22/2020          .

| | |
|---|---|
| CIT Bank, N.A. | U.S. Bank Trust N.A. et. al |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| LOANCARE, LLC | Rushmore Loan Management Services |
| 3637 SENTARA WAY | P.O. Box 55004 |
| VIRGINIA BEACH, VA 23452 | Irvine, CA 92619-2708 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/27/2020                                    Jeanne A. Naughton
                                                    **CLERK OF THE COURT**