Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−19773−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Lincoln White                                  Doris White
   dba First Class Auto Repair            116 Honeysuckle Drive
   116 Honeysuckle Drive                  Trenton, NJ 08638
   Trenton, NJ 08638

Social Security No.:
   xxx−xx−0422                                  xxx−xx−3387

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 3, 2020.


Dated: December 3, 2020
JAN: dmi

                                                                                                      Jeanne Naughton
                                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lincoln White  
Doris White  
    Debtor(s)

Case No. 18-19773-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lincoln White, Doris White, 116 Honeysuckle Drive, Trenton, NJ 08638-1841 |
| cr | + | CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | DOVENMUEHLE MORTGAGE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | LOANCARE, LLC, AS SERVICER FOR CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Loan Care, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| cr | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A.,, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SANTANDER BANK, NA, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517528973 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517639495 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517849355 | + | CIT BANK, N.A., LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 517528974 | + | CIT Bank,N.A., PO Box 9013, Addison, TX 75001-9013 |
| 517528982 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Sears, PO BOX 78051, Phoenix, AZ 85062 |
| 517528976 | + | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 517528977 | + | Loan Care, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517528978 | + | Loan Care, ATTN: Collections Department, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517528979 | + | Parker McCay, 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 517528980 | + | Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 517746132 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 517657745 | + | SANTANDER BANK, NA, 1 Corporate Drive, Ste. 360, Lake Zurich, IL 60047-8945 |
| 517528981 | + | Santander Bank, N.A., Mail Code 10-6438-MA4, 601 Penn Street, Reading, PA 19601-3563 |
| 518996681 | + | U.S. Bank Trust N.A. et. al, C/O Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518996682 | + | U.S. Bank Trust N.A. et. al, C/O Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank Trust N.A. et. al C/O Rushmore Loan Management 92619-5004 |
| 517528984 | | Wells Fargo Bank, Home Equity Group, 1 home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 517564323 | | Wells Fargo Bank, N.A. Default Processing, 1000 Blue Gentian Road N9286-01Y, Eagan, MN 55121-7700 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517528975 | + | Email/Text: mrdiscen@discover.com | Dec 03 2020 22:03:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517641144 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 23:09:17 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: plncf13 | Total Noticed: 30 |

| | | | 29603-0587 |
|---|---|---|---|
| 517656660 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 03 2020 23:22:22 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517528983 | | Wachovia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor CIT Bank  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Tiki Series IV Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Lincoln White kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Joint Debtor Doris White kfayette@kevinfayette.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LOANCARE  LLC, AS SERVICER FOR CIT BANK, N.A. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor DOVENMUEHLE MORTGAGE  INC. nj.bkecf@fedphe.com |

District/off: 0312-3  User: admin  Page 3 of 3
Date Rcvd: Dec 03, 2020  Form ID: plncf13  Total Noticed: 30

| | |
|---|---|
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com |
| Nicole Marie Savage | on behalf of Creditor SANTANDER BANK NA nicole.savage@brockandscott.com |
| Robert Davidow | on behalf of Creditor CIT BANK N.A. nj.bkecf@fedphe.com |
| Robert Davidow | on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16