| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-19773 / CMG**

Lincoln White
Doris White

Petition Filed Date: 05/14/2018
341 Hearing Date: 06/14/2018
Confirmation Date: 09/19/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $900.00 | 64557490 | 02/05/2020 | $900.00 | 65339720 | 03/03/2020 | $900.00 | 66108180 |
| 04/03/2020 | $900.00 | 66849170 | 05/04/2020 | $900.00 | 67575410 | 06/01/2020 | $900.00 | 68230750 |
| 07/06/2020 | $900.00 | 69175920 | 08/03/2020 | $900.00 | 69838220 | 08/31/2020 | $900.00 | 70512930 |
| 10/02/2020 | $900.00 | 71250470 | 10/27/2020 | $900.00 | 71860770 | 12/07/2020 | $900.00 | 72851480 |
| 12/09/2020 | $70.00 | 72949350 | 01/04/2021 | $970.00 | 73511350 | 02/02/2021 | $970.00 | 74226960 |

**Total Receipts for the Period: $12,810.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,910.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lincoln White | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin Fayette, Esq<br>»»  ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | WELLS FARGO OPERATIONS CENTER<br>»»  NP/729 SPRUCE ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $10,043.63 | $0.00 | $10,043.63 |
| 3 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $13,586.50 | $0.00 | $13,586.50 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $1,968.19 | $0.00 | $1,968.19 |
| 5 | SANTANDER BANK, NA<br>»»  NP/729 SPRUCE ST/1ST MTG/ORDER 11/7/201 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/116 HONEYSUCKLE DR/1ST MTG/CONS OR 2/7/19/CIT | Mortgage Arrears | $60,656.70 | $23,490.23 | $37,166.47 |
| 7 | Loan Care<br>»»  P/116 HONEYSUCKLE DR/2ND MTG/CRAM BAL/ORD 10/21/20 | Unsecured Creditors | $72,183.92 | $0.00 | $72,183.92 |

**Chapter 13 Case No. 18-19773 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,910.00 | Plan Balance: | $49,470.00 ** |
| Paid to Claims: | $25,990.23 | Current Monthly Payment: | $970.00 |
| Paid to Trustee: | $2,098.11 | Arrearages: | $0.00 |
| Funds on Hand: | $1,821.66 | Total Plan Base: | $79,380.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.