| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Lincoln White<br>Doris White | Case No.: 3:2018-bk-19773<br><br>Adversary No.: <br><br>Chapter: 13<br><br>Judge: Judge Christine M. Gravelle |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Wells Fargo Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:  Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

New address:  Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.: 800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/03/2022                    /s/ Heather Monique Cole
                                             Signature

*rev.8/1/2021*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:                                                              CASE NO.:    18-19773

**Lincoln White**                                          CHAPTER:    13

**Doris White**

        **Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 03, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Lincoln White<br>116 Honeysuckle Drive<br>Trenton, NJ 08638 |
| | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Doris White<br>116 Honeysuckle Drive<br>Trenton, NJ 08638 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | Kevin C. Fayette<br>Law Offices of Kevin Fayette, LLC<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619 |
| *Trustee:* | *By CM / ECF Filing:* |

*Trustee:*            Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)