| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-19773 / CMG

Lincoln White  
Doris White

Petition Filed Date: 05/14/2018  
341 Hearing Date: 06/14/2018  
Confirmation Date: 09/19/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $970.00 | 73511350 | 02/02/2021 | $970.00 | 74226960 | 03/01/2021 | $970.00 | 74864690 |
| 04/05/2021 | $970.00 | 75689070 | 04/27/2021 | $970.00 | 76267250 | 06/01/2021 | $970.00 | 77071320 |
| 06/24/2021 | $970.00 | 77621940 | 08/02/2021 | $970.00 | 78535140 | 08/30/2021 | $970.00 | 79099030 |
| 09/29/2021 | $970.00 | 79784980 | 10/27/2021 | $970.00 | 80384590 | 12/06/2021 | $970.00 | 81279840 |
| 01/03/2022 | $970.00 | 81807810 | 01/31/2022 | $970.00 | 82436670 | | | |

**Total Receipts for the Period: $13,580.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lincoln White | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin Fayette, Esq<br>»» ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | WELLS FARGO OPERATIONS CENTER<br>»» NP/729 SPRUCE ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $10,043.63 | $0.00 | $10,043.63 |
| 3 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $13,586.50 | $0.00 | $13,586.50 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $1,968.19 | $0.00 | $1,968.19 |
| 5 | SANTANDER BANK, NA<br>»» NP/729 SPRUCE ST/1ST MTG/ORDER 11/7/201 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | U.S. BANK, NATIONAL ASSOCIATION<br>»» P/116 HONEYSUCKLE DR/1ST MTG/CONS OR 2/7/19/CIT | Mortgage Arrears | $60,656.70 | $34,299.91 | $26,356.79 |
| 7 | Loan Care<br>»» P/116 HONEYSUCKLE DR/2ND MTG/CRAM BAL/ORD 10/21/20 | Unsecured Creditors | $72,183.92 | $0.00 | $72,183.92 |

**Chapter 13 Case No. 18-19773 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,550.00 | Plan Balance: | $37,830.00 ** |
| Paid to Claims: | $36,799.91 | Current Monthly Payment: | $970.00 |
| Paid to Trustee: | $2,973.05 | Arrearages: | $0.00 |
| Funds on Hand: | $1,777.04 | Total Plan Base: | $79,380.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**