UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-19773 |
|---|---|---|
| Lincoln & Doris White | Chapter: | 13 |
| | Judge: | CMG |

## NOTICE OF PROPOSED PRIVATE SALE

__Loncoln White__, __Doris White__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __March 2, 2022__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  729 Spruce Street Trenton, NJ 08638

Proposed Purchaser:  Sholom Pewzner

Sale price:  $200,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Elaine Graham
Amount to be paid:  6% of sale
Services rendered:  Review any agreements of sale, assist with closing the transaction.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Kevin Fayette

Address: 1675 Whitehorse Mercerville Road, Suite 204, Hamilton, NJ 08619

Telephone No.: 609-584-0600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19773-CMG |
| Lincoln White | Chapter 13 |
| Doris White | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 04, 2022 | Form ID: pdf905 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lincoln White, Doris White, 116 Honeysuckle Drive, Trenton, NJ 08638-1841 |
| cr | + | CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | DOVENMUEHLE MORTGAGE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | LOANCARE, LLC, AS SERVICER FOR CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Loan Care, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| cr | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A.,, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SANTANDER BANK, NA, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517528973 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517639495 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517849355 | + | CIT BANK, N.A., LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 517528974 | + | CIT Bank,N.A., PO Box 9013, Addison, TX 75001-9013 |
| 517528977 | + | Loan Care, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517528978 | + | Loan Care, ATTN: Collections Department, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517528979 | + | Parker McCay, 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 517528980 | + | Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 517746132 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 517657745 | + | SANTANDER BANK, NA, 1 Corporate Drive, Ste. 360, Lake Zurich, IL 60047-8945 |
| 518996681 | + | U.S. Bank Trust N.A. et. al, C/O Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518996682 | + | U.S. Bank Trust N.A. et. al, C/O Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank Trust N.A. et. al C/O Rushmore Loan Management 92619-5004 |
| 517528984 | | Wells Fargo Bank, Home Equity Group, 1 home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 517564323 | #+ | Wells Fargo Bank, N.A. Default Processing, 1000 Blue Gentian Road N9286-01Y, Eagan, MN 55121-1663 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517528982 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2022 20:34:25 | Sears, PO BOX 78051, Phoenix, AZ 85062 |
| 517528975 | + | Email/Text: mrdiscen@discover.com | Feb 04 2022 20:22:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517528976 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2022 20:34:41 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |

| 517641144 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
|---|---|---|---|---|
| | | | Feb 04 2022 20:34:25 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517656660 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 04 2022 20:34:18 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 517528981 | + | Email/Text: DeftBkr@santander.us | | |
| | | | Feb 04 2022 20:23:00 | Santander Bank, N.A., Mail Code 10-6438-MA4, 601 Penn Street, Reading, PA 19601-3563 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517528983 | | Wachovia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor CIT Bank  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Tiki Series IV Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Joint Debtor Doris White kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor Lincoln White kfayette@kevinfayette.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 04, 2022 | Form ID: pdf905 | Total Noticed: 30 |

Nicholas V. Rogers
    on behalf of Creditor DOVENMUEHLE MORTGAGE INC. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE LLC, AS SERVICER FOR CIT BANK, N.A. nj.bkecf@fedphe.com

Nicole Marie Savage
    on behalf of Creditor SANTANDER BANK NA nicole.savage@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14