Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19773−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Lincoln White                                Doris White
   dba First Class Auto Repair         116 Honeysuckle Drive
   116 Honeysuckle Drive             Trenton, NJ 08638
   Trenton, NJ 08638

Social Security No.:
   xxx−xx−0422                                xxx−xx−3387

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 16, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 79 − 78
Order Granting Application For Retention of Professional Elaine Graham as Realtor (Related Doc # 78). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/16/2022. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 16, 2022
JAN: dmi

                                                                                                                                                       Jeanne Naughton
                                                                                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-19773-CMG

Lincoln White                                                                            Chapter 13

Doris White

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| r | + Elaine Graham, EXP Realty, LLC, 28 Valley Road, Monclair, NJ 07042-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022                              Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor CIT Bank N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: orderntc | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Tiki Series IV Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin C. Fayette
    on behalf of Joint Debtor Doris White kfayette@kevinfayette.com

Kevin C. Fayette
    on behalf of Debtor Lincoln White kfayette@kevinfayette.com

Kevin Gordon McDonald
    on behalf of Creditor MTGLQ Investors LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE LLC, AS SERVICER FOR CIT BANK, N.A. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor DOVENMUEHLE MORTGAGE INC. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com

Nicole Marie Savage
    on behalf of Creditor SANTANDER BANK NA nicole.savage@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14