**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
609-584-0600

In Re:

Lincoln & Doris White

Case No.: 18-19773

Judge: CMG

Chapter: 13

Order Filed on February 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER AUTHORIZING RETENTION OF Elaine Graham

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 16, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:     Lincoln & Doris White

Case No.:     18-19773

Applicant:     Lincoln & Doris White

(check all that apply)
- ☐ Trustee: ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
- ☒ Debtor: ☐ Chap. 11    ☒ Chap. 13
- ☐ Official Committee of _____

Name of Professional:     Elaine Graham

Address of Professional:     EXP Realty, LLC

REC License ID 1327494NJ

28 Valley Road, Monclair, NJ 07042

- ☐ Attorney for (check all that apply):
  - ☐ Trustee ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☒ Other Professional:
  - ☒ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
  - ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-19773-CMG

Lincoln White    Chapter 13

Doris White

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lincoln White, Doris White, 116 Honeysuckle Drive, Trenton, NJ 08638-1841 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor CIT Bank N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Tiki Series IV Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin C. Fayette
    on behalf of Joint Debtor Doris White kfayette@kevinfayette.com

Kevin C. Fayette
    on behalf of Debtor Lincoln White kfayette@kevinfayette.com

Kevin Gordon McDonald
    on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicholas V. Rogers
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE  LLC, AS SERVICER FOR CIT BANK, N.A. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor DOVENMUEHLE MORTGAGE  INC. nj.bkecf@fedphe.com

Nicole Marie Savage
    on behalf of Creditor SANTANDER BANK  NA nicole.savage@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14