UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WEQ 22-028294
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
Kathleen M. Magoon, Esq. 040602010
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| | |
|---|---|
| In Re: | Case No.: 18-19773-CMG |
| LINCOLN WHITE AND DORIS WHITE,<br>DEBTORS | Judge: HONORABLE CHRISTINE M. GRAVELLE |
| | Chapter: 13 |

## CERTIFICATION OF CONSENT REGARDING OBJECTION TO MOTION TO SELL REAL PROPERTY

I certify that with respect to the Consent Order Resolving Objection to Motion to Sell Real Property submitted to the Court, the following conditions have been met.

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☑ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/    )

Date: 2-24-2022

/s/Elizabeth L. Wassall
Elizabeth L. Wassall, Esquire