| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WEQ 22-028294<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | |
| IN RE:<br><br>LINCOLN WHITE AND DORIS WHITE, DEBTORS | CASE NO.: 18-19773-CMG<br><br>JUDGE: HONORABLE CHRISTINE M. GRAVELLE<br><br>CHAPTER: 13 |

Order Filed on March 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Kevin C. Fayette, Attorney for the Debtors, upon the filing of a Notice of Motion to Sell Real Property located at 729 Spruce Street, Trenton, New Jersey 08638, and LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor," upon the filing of an Objection to Motion to Sell Real Property, and due notice of said Objection having been given to the Debtors and the attorney for the Debtors, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors must sell the real property located at 729 Spruce Street, Trenton, New Jersey 08638, within ninety (90) days of the entry of this Consent Order.

2. Secured Creditor *estimates* the amount due on the mortgage lien is $35,293.73 as of February 23, 2022. Secured Creditor will provide to Debtors an updated payoff quote letter upon notice from the Debtors of a scheduled closing date.

3. The sale must fully payoff and satisfy Secured Creditor's mortgage lien on the real property located at 729 Spruce Street, Trenton, New Jersey 08638. Debtors agree to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy its lien. Any sale short of a full payoff is subject to Secured Creditor's final approval.

4. Secured Creditor agrees this Consent Order resolves the Objection to Motion to Sell filed on February 23, 2022; ECF Doc.: 83.

5. The terms of this Consent Order shall be deemed incorporated into any Order granting Debtors' Motion to Sell Real Property as may be entered by the Court.

We hereby consent to the form, content, and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                             Date: 2-24-2022
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


_____                           Date: 2/24/22
Kevin C. Fayette, Esquire
Attorney for the Debtors