| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WEQ 22-028294<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on March 2, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>LINCOLN WHITE AND DORIS WHITE, DEBTORS | CASE NO.: 18-19773-CMG<br><br>JUDGE: HONORABLE CHRISTINE M. GRAVELLE<br><br>CHAPTER: 13 |

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 2, 2022**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Kevin C. Fayette, Attorney for the Debtors, upon the filing of a Notice of Motion to Sell Real Property located at 729 Spruce Street, Trenton, New Jersey 08638, and LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor," upon the filing of an Objection to Motion to Sell Real Property, and due notice of said Objection having been given to the Debtors and the attorney for the Debtors, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors must sell the real property located at 729 Spruce Street, Trenton, New Jersey 08638, within ninety (90) days of the entry of this Consent Order.

2. Secured Creditor *estimates* the amount due on the mortgage lien is $35,293.73 as of February 23, 2022. Secured Creditor will provide to Debtors an updated payoff quote letter upon notice from the Debtors of a scheduled closing date.

3. The sale must fully payoff and satisfy Secured Creditor's mortgage lien on the real property located at 729 Spruce Street, Trenton, New Jersey 08638. Debtors agree to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy its lien. Any sale short of a full payoff is subject to Secured Creditor's final approval.

4. Secured Creditor agrees this Consent Order resolves the Objection to Motion to Sell filed on February 23, 2022; ECF Doc.: 83.

5. The terms of this Consent Order shall be deemed incorporated into any Order granting Debtors' Motion to Sell Real Property as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                           Date: 2-24-2022
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_[signature]_                                                          Date: 2/24/22
Kevin C. Fayette, Esquire
Attorney for the Debtors

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19773-CMG |
| Lincoln White | Chapter 13 |
| Doris White | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lincoln White, Doris White, 116 Honeysuckle Drive, Trenton, NJ 08638-1841 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor CIT Bank N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Tiki Series IV Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Kevin C. Fayette
    on behalf of Joint Debtor Doris White kfayette@kevinfayette.com

Kevin C. Fayette
    on behalf of Debtor Lincoln White kfayette@kevinfayette.com

Kevin Gordon McDonald
    on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicholas V. Rogers
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE  LLC, AS SERVICER FOR CIT BANK, N.A. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor DOVENMUEHLE MORTGAGE  INC. nj.bkecf@fedphe.com

Nicole Marie Savage
    on behalf of Creditor SANTANDER BANK  NA nicole.savage@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15