| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Kevin Fayette<br>1675 Whitehorse-Mercerville Rd.<br>Suite 204<br>Hamilton, NJ 08619<br>609-584-0600 | |
| In Re:<br><br>Lincoln & Doris White | Case No.: 18-19773<br><br>Chapter: 13<br><br>Hearing Date: 6/15/2022<br><br>Judge: CMG |

## NOTICE OF MOTION TO CANCEL AND DISCHARGE MORTGAGE

TO: MANAGING AGENT, MANAGING OFFICER, PRESIDENT OR VICE PRESIDENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO ACCEPT SERVICE

| **Albert Russo**<br>Chapter 13 Standing Trustee<br>CN-4853<br>Trenton, NJ 08650 | Loan Care<br>PO Box 8068<br>Virginia Beach VA 23450 |
|---|---|
| Lincoln & Doris White<br>116 Honeysuckle Drive<br>Trenton, NJ 08638 | |

      Lincoln & Doris White, by and through undersigned counsel, has filed papers with the United States Bankruptcy Court located in Trenton, New Jersey, to **avoid liens under USC 522(f) and cancel and discharge lien of mortgage.** Debtor, through Counsel, shall rely upon the annexed Certification in support.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | 6/15/2022 |
| Hearing Time: | 9:00 a.m. |
| Hearing Location: | **Clarkson S. Fisher US Courthouse**<br>**402 East State Street**<br>**Trenton, NJ 08608** |
| Courtroom Number: | #3 |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

| **Albert Russo**<br>**Chapter 13 Trustee**<br>CN 4853<br>Trenton, NJ 08650-4853 | Kevin Fayette, Esquire<br>1675 Whitehorse-Mercervill Rd<br>Suite 204<br>Hamilton, NJ 08619 |
|---|---|
| **All Other Parties Affected by this Motion** | |
| | |
| | |

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 5/10/2022  /s/ Kevin Fayette
Kevin Fayette, Esq.