**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lincoln White | Social Security number or ITIN  xxx–xx–0422 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Doris White | Social Security number or ITIN  xxx–xx–3387 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–19773–CMG | |

## Order of Discharge                                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lincoln White
dba First Class Auto Repair

Doris White

6/2/22

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-19773-CMG
Lincoln White                                                                                   Chapter 13
Doris White
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jun 02, 2022      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lincoln White, Doris White, 116 Honeysuckle Drive, Trenton, NJ 08638-1841 |
| cr | + | CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | DOVENMUEHLE MORTGAGE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | + | Elaine Graham, EXP Realty, LLC, 28 Valley Road, Monclair, NJ 07042-2709 |
| cr | + | LOANCARE, LLC, AS SERVICER FOR CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A.,, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SANTANDER BANK, NA, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517849355 | + | CIT BANK, N.A., LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 517528974 | + | CIT Bank,N.A., PO Box 9013, Addison, TX 75001-9013 |
| 517528979 | + | Parker McCay, 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 517528980 | + | Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 517746132 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 517657745 | + | SANTANDER BANK, NA, 1 Corporate Drive, Ste. 360, Lake Zurich, IL 60047-8945 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 02 2022 20:47:00 | Loan Care, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517528973 | | EDI: BANKAMER.COM | Jun 03 2022 00:43:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517639495 | + | EDI: BANKAMER2.COM | Jun 03 2022 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517528982 | | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Sears, PO BOX 78051, Phoenix, AZ 85062 |
| 517528975 | + | EDI: DISCOVER.COM | Jun 03 2022 00:43:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517528976 | + | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 517641144 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517528977 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 02 2022 20:47:00 | Loan Care, PO Box 8068, Virginia Beach, VA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23450-8068 |
| 517528978 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 02 2022 20:47:00 | Loan Care, ATTN: Collections Department, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517656660 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 517528981 | + | Email/Text: DeftBkr@santander.us | Jun 02 2022 20:47:00 | Santander Bank, N.A., Mail Code 10-6438-MA4, 601 Penn Street, Reading, PA 19601-3563 |
| 518996682 | + | Email/Text: bkenotice@rushmorelm.com | Jun 02 2022 20:47:00 | U.S. Bank Trust N.A. et. al, C/O Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank Trust N.A. et. al, C/O Rushmore Loan Management 92619-5004 |
| 518996681 | + | Email/Text: bkenotice@rushmorelm.com | Jun 02 2022 20:47:00 | U.S. Bank Trust N.A. et. al, C/O Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517528984 | | EDI: WFFC.COM | Jun 03 2022 00:43:00 | Wells Fargo Bank, Home Equity Group, 1 home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 517564323 | + | EDI: WFFC.COM | Jun 03 2022 00:43:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517528983 | | Wachovia |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor CIT Bank N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK N.A. craig.keiser@law.njoag.gov |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Tiki Series IV Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin C. Fayette | on behalf of Joint Debtor Doris White kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor Lincoln White kfayette@kevinfayette.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor DOVENMUEHLE MORTGAGE  INC. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor LOANCARE  LLC, AS SERVICER FOR CIT BANK, N.A. nj.bkecf@fedphe.com |
| Nicole Marie Savage | on behalf of Creditor SANTANDER BANK  NA nicole.savage@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15