| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Offices of Kevin Fayette<br>1675 Whitehorse-Mercerville Rd.<br>Suite 204<br>Hamilton, NJ 08619<br>609-584-0600 |

Order Filed on June 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lincoln & Doris White

Case No: 18-19773

Chapter: 13

Hearing Date: 06/15/2022

Judge: CMG

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 15, 2022**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 116 Honeysuckle Drive Trenton, NJ 08638
Block 193.01, Lot 8

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: INDY MAC BANK
b. Current Assignee: 
c. Current Servicer: LoanCare, LLC
d. Date of Mortgage/Lien: 04/12/2007
e. Date of Recordation: 04/16/2007
f. Place of Recordation: Mercer County Clerk's Office
   i. Mortgage Book: 09804
   ii. Page: 0577
g. Original Principal Balance of Mortgage/Lien: $ 83,200.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*